**Form 146LOC**  (Revised 03/11/2005)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 05–14629–hb

Name of Debtor(s): William Edward Killian and Rose Mary Killian

Adversary/Complaint Number: 08–80250–hb

**William Edward Killian and
Rose Mary Killian**

Plaintiffs(s)

v.

**Green Tree Servicing LLC**

Defendants(s)

**ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND CASE NUMBERS**

**SUMMONS**

| Filed By The Court |
| --- |
| **12/22/08**
Tammi M. Hellwig
Clerk of Court
US Bankruptcy Court |

TO THE ABOVE NAMED DEFENDANTS(S):

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

United States Bankruptcy Court
J. Bratton Davis United States Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

At the same time, you must also serve a copy of the motion upon the plaintiff's attorney.

John R. Cantrell Jr.
Cantrell Law Firm PC
PO Box 1276
Goose Creek, SC 29445–1276

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Tammi M. Hellwig
Clerk of Court
United States Bankruptcy Court

By:  K Weathers, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423

Date of Issuance: 12/22/08

Document: 2

**OFFICE OF THE CLERK**

**UNITED STATES BANKRUPTCY COURT**

CLERK OF COURT　　　　　　　　　　TAMMI M. HELLWIG　　　　　　　　　　TELEPHONE (803)765-5436

J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

---

**NOTICE**

12/22/08

John R. Cantrell Jr.　　　　　　　　　　　　　　　Re: 08-80250-hb
Cantrell Law Firm PC
PO Box 1276
Goose Creek, SC 29445-1276

The Summons issued by this office is enclosed to be attached to a copy of the Complaint you filed and both are to be served by you on the defendant(s) in the above captioned adversary proceeding. As soon as possible, please file an Affidavit or Certificate of Service with this office specifying the names and addresses of the parties served. Part VII of the Federal Rules of Bankruptcy Procedure governs adversary proceedings. Your attention is especially called to Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4 regarding time limits for service (Federal Rule of Bankruptcy Procedure 7004(f)) and dismissal for failure to make service (Federal Rule of Civil Procedure 4(m)). Should this adversary proceeding involve the United States of America or a Federal Agency or Officer as a defendant, you are directed to serve a copy of your summons and complaint upon all of the following:

a. The agency or officer involved.

b. United States Attorney for S.C.
   For: (Show Federal Agency US Attorney represents)
   1441 Main Street, Suite 500
   Columbia, SC 29201

c. The Attorney General of the United States
   Civil Division, Bankruptcy Section
   U.S. Department of Justice
   Washington, DC 20530

**THE PLEADING MUST SPECIFICALLY IDENTIFY THE FEDERAL AGENCY INVOLVED.**

If you do not receive an answer or a motion from the defendant(s) within 30 days[1] of the date of issuance of the enclosed Summons, the defendant(s) will be considered in default. At that time, it will be your responsibility as the plaintiff to provide the court with an Affidavit of Default along with a proposed Order for Default Judgment, or in the event of unliquidated damages or other relief that requires a hearing, a motion for such a hearing. If, however, the defendant(s) answer(s) the Complaint within the prescribed time period, a pretrial conference will be scheduled and parties will be so notified.

Very truly yours,

TAMMI M. HELLWIG Clerk of Court

BY: _____

K Weathers Deputy Clerk

Enclosures

---

[1] If the United States or an agency thereof is a defendant, the United States or the agency shall serve its answer within 35 days after the issuance of the summons. The time for any defendant to answer may be further extended by Order of the Court (Federal Rule of Bankruptcy Procedure 7012(a)).