**United States Bankruptcy Court**
**District of South Carolina**

**IN RE:**                                                                                        Case No. **08-80250-hb**

**Killian, William Edward & Killian, Rose Mary**                                                  Chapter **13**
                          Debtor(s)

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a true copy of the following document(s):
**Adversary Summons and Complaint**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this   **24th**   day of   **December**  ,  **2008**  .

*/s/ John R Cantrell Jr*
**John R Cantrell Jr 4951**
**Cantrell Law Firm PC**
**PO Box 1276**
**Goose Creek, SC  29445-1276**
**(843) 797-2454  Fax: (309) 213-0922**
**lawyer@cantrellclan.com**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Green Tree Servicing LLC**
**C/O CT Corporation System**
**75 Beattie Place**
**Greenville, SC  29601**

**Green Tree Servicing LLC**
**Attn Officer, Managing Or General Agent**
**PO Box 6154**
**Rapid City, SD  57709-6154**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only