IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:   WILLIAM EDWARD KILLIAN                              NO. 05-14629-HB

ROSE MARY KILLIAN

---

WILLIAM EDWARD KILLIAN                                       PLAINTIFF
ROSE MARY KILLIAN

VS.                                                          ADVERSARY NO.: 08-80250-HB

GREEN TREE SERVICING, LLC                                    DEFENDANT

---

### RULE 7007.1(a) DISCLOSURE

Counsel for Defendant, Green Tree Servicing, LLC, after diligent inquiry, represents to the Court that Green Tree Servicing, LLC is not a publicly traded corporation and is a privately held, limited liability company with no stock and that all the parent corporations are also limited liability companies which are also not publicly traded and have no stock. Green Tree Servicing, LLC as a limited liability company only has membership interests. The only potential corporation which may own some interest in Green Tree Servicing, LLC is Lehman Brothers Holdings, Inc. which counsel has been informed and believes does not own directly or indirectly ten (10%) or more of any class of Green Tree Servicing, LLC's equity interests.

LEATH, BOUCH, CRAWFORD & VON KELLER, LLP

BY: /s/ Theodore von Keller

Theodore von Keller # 5213
B. Lindsay Crawford, III # 0921
Sara C. Hutchins # 72879
Post Office Box 4216
Columbia, South Carolina 29240
(803) 790-2626
Attorneys for Defendant
Green Tree Servicing, LLP

Columbia, South Carolina
January 28, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:    WILLIAM EDWARD KILLIAN    NO. 05-14629-HB

ROSE MARY KILLIAN

---

WILLIAM EDWARD KILLIAN    PLAINTIFF
ROSE MARY KILLIAN

VS.    ADVERSARY NO.: 08-80250-HB

GREEN TREE SERVICING, LLC    DEFENDANT

---

## CERTIFICATE OF SERVICE BY MAIL

I, Donna B. Elliott, paralegal to Theodore von Keller, Esquire, of Leath, Bouch, Crawford & von Keller, LLP, do hereby certify that on this day I served the persons indicated below with the Rule 7007.1(a) Disclosure on behalf of Defendant Green Tree Servicing, LLC, by placing a copy of same in the United States Mail, postage pre-paid, in envelopes addressed as follows:

John R. Cantrell, Jr., Esquire
Attorney at Law
Post Office Box 1276
Goose Creek, South Carolina 29445

William K. Stephenson, Jr., Esquire
Trustee
Post Office Box 8477
Columbia, South Carolina 29202

_____
DONNA B. ELLIOTT

Columbia, South Carolina
January 28, 2009