**United States Bankruptcy Court**
**District of South Carolina**

**IN RE:**                                                                                              Case No. **08-80250-hb**

**Killian, William Edward & Killian, Rose Mary**                                    Chapter **13**
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Withdrawal of Motion to Strike Answer and for Judgment on the Pleadings**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **2nd** day of **February**, **2009**.

*/s/ John R Cantrell Jr*
**John R Cantrell Jr 4951**
**Cantrell Law Firm PC**
**PO Box 1276**
**Goose Creek, SC  29445-1276**
**(843) 797-2454  Fax: (309) 213-0922**
**lawyer@cantrellclan.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Theodore von Keller, Esq.**
**Leath, Bouch, Crawford & Von Keller LLP**
**PO Box 4216**
**Columbia, SC  29240-4216**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only