U.S. BANKRUPTCY COURT
District of South Carolina

Case Number: 05-14629

ADVERSARY PROCEEDING NO: 08-80250

ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**02/03/2009**



US Bankruptcy Court Judge
District of South Carolina

Entered: 02/03/2009

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: <br><br> William Edward Killian and Rose Mary Killian, <br><br> Debtor(s). | C/A No. 05-14629 <br><br> Adv. Pro. No. 08-80250-hb <br><br> Chapter 13 |
| William Edward Killian and Rose Mary Killian, <br><br> Plaintiff(s), <br><br> v. <br><br> Green Tree Servicing, LLC, <br><br> Defendant(s). | **RULE 26 ORDER** |

TO: PLAINTIFF(S) AND DEFENDANT(S) ABOVE-NAMED:

The above-captioned adversary proceeding was filed with this Court on December 19, 2008. The issues having been joined, the Court enters this Order to expedite the disposition of this proceeding.

In accordance with Rule 26 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) the parties must, as soon as practical, and in any event within **ten (10) days** of the entry of this Order, confer to consider the matters required in the Rule, including the possibilities for a prompt settlement or resolution of the case and the making of initial disclosures required by Fed. R. Civ. P. 26(a)(1). **The parties shall, for the purpose of issuance of a scheduling order due under Fed. R. Civ. P. 16(b), further submit to the Court after the conference a written response indicating the period of time needed for discovery.** This response may be submitted via facsimile to 864-591-5317 or via e-mail to judgeburris_porders@scb.uscourts.gov. It is not necessary to file a detailed report outlining the proposed discovery plan unless deemed necessary by the parties or otherwise ordered by the Court.

**AND IT IS SO ORDERED.**