Form 169BNC  (Revised 09/24/2007)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number: 05−14629−hb                                    Adversary/Complaint Number: 08−80250−hb

Name of Debtor(s):  William Edward Killian and Rose Mary Killian

**William Edward Killian and Rose Mary Killian**

Plaintiffs(s)

v.

**Green Tree Servicing LLC**

Defendants(s)

| Entered By The Court 3/26/09 | NOTICE OF HEARING | **Filed By The Court** 3/26/09 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |

TO:  PLAINTIFF(S) AND DEFENDANT(S) NAMED ABOVE:

**PLEASE TAKE NOTICE** that a hearing will be held at:

**J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia SC 29201−2423**

on **May 14, 2009** at **11:00 AM**, to consider and act upon the following pleading:

Defendant, Green Tree Servicing, LLC's Motion to Dismiss Complaint

The pleadings relating thereto are on record in the Office of the Clerk of Court for inspection by any interested party. Any party responding to the relief sought must file a response with the Office of the Clerk of Court, United States Bankruptcy Court by **5/4/09** in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, the Federal Rules of Civil Procedure, the Local Bankruptcy Rules of this Court and any other rules which may apply.

                                                                                    Tammi M. Hellwig
                                                                                    Clerk of Court
                                                                                    United States Bankruptcy Court

                                                                                    By:  C Brooks, Deputy Clerk
                                                                                    1100 Laurel Street
                                                                                    Columbia, SC 29201−2423

Dated:  3/26/09                                                                  Document: 17 − 15