U.S. BANKRUPTCY COURT
District of South Carolina

Case Number: 05-14629

ADVERSARY PROCEEDING NO: 08-80250

ORDER

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**08/05/2009**



US Bankruptcy Court Judge
District of South Carolina

Entered: 08/05/2009

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re,<br><br>William Edward Killian and Rose Mary Killian,<br><br>           Debtor(s). | C/A No. 05-14629-HB<br><br>Adv. Pro. No. 08-80250-HB |
| William Edward Killian, Rose Mary Killian,<br><br>           Plaintiff(s),<br><br>v.<br><br>Green Tree Servicing LLC,<br><br>           Defendant(s). | Chapter 13<br><br>**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND CONTINUING HEARING** |

  This matter comes before the Court pursuant to the Motion filed by counsel for William Edward Killian and Rose Mary Killian requesting amendment to the Court's Order entered February 17, 2009, setting discovery and motion deadlines and a pretrial conference. The Court also scheduled a hearing on the matters remaining in this case for September 3, 2009, per its Order entered on July 23, 2009. The Motion requests amendment to those Orders for good cause shown, including the fact that the Court held a matter in this adversary under advisement for an extended period affecting the discovery schedule in this case. Pursuant to that Motion, the Court hereby amends the scheduling order as follows:

  1. All deadlines set forth in the February 17, 2009 Order are hereby extended for 45 days;

  2. The parties are not required to submit a Joint Pretrial Order and the Pretrial Conference scheduled for September 10, 2009, is hereby cancelled;

3. The hearing scheduled for September 3, 2009, is hereby rescheduled to October 15, 2009, at 1:30 and shall be held at the J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina 29201-2423.

4. Nothing in this Order or in the Court's prior correspondence with the parties (Docket #30) indicate a ruling on the appropriateness of any discovery that has been or may be served in this case by either party. The deadlines herein are merely extended so that the parties may explore appropriate discovery issues, if any, and bring any specific and necessary matters before the Court prior to any hearing on the merits of remaining matters. The Court calls the parties' attention to the instructions set forth paragraph 2 of in the Court's February 17, 2009 Order regarding how any appropriate discovery shall be conducted.

**IT IS SO ORDERED**.