# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-14629-hb |
| **William Edward Killian** ) | |
| **Rose Mary Killian** ) | Adv. Pro. No. 08-80250-hb |
| Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| **William Edward Killian** ) | |
| **Rose Mary Killian** ) | |
| ) | |
| **Plaintiffs,** ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| **Green Tree Servicing, LLC** ) | |
| ) | |
| **Defendant.** ) | |

Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, the undersigned counsel for the Plaintiffs and Defendant, hereby stipulate that the above-captioned action be dismissed and forever ended with prejudice, including Plaintiffs' Motion for Sanctions and/or for Court review of Defendant's conduct pursuant to 11 U.S.C. § 105.

/s/ John R. Cantrell, Jr.                                  Date: October 9, 2009
John R. Cantrell, Jr.
CANTRELL LAW FIRM LLC
Post Office Box 1276
Goose Creek, South Carolina 29445
Attorney for Plaintiffs


/s/ Theodore von Keller                                   Date: October 9, 2009
Theodore von Keller
LEATH, BOUCH, CRAWFORD &
  VON KELLER, LLP
Post Office Box 4216
Columbia, South Carolina 29240
Attorney for Defendant